OSCN Found Document:REINSTATEMENT OF CERTIFICATE OF CERTIFIED SHORTHAND REPORTERS

 

 
 

 
 REINSTATEMENT OF CERTIFICATE OF CERTIFIED SHORTHAND REPORTERS
2020 OK 36
Decided: 05/19/2020
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2020 OK 36, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION.

RE: Reinstatement of Certificate of Certified Shorthand Reporters
ORDER
The Oklahoma Board of Examiners of Certified Shorthand Reporters recommended to the Supreme Court of Oklahoma that the certificate of each of the Oklahoma Certified Shorthand Reporters named below be reinstated as they have complied with the continuing education requirements for 2019 and annual certificate renewal requirements for 2020 and have paid all applicable fees.
IT IS HEREBY ORDERED pursuant to 20 O.S., Chapter 20, App. 1, Rules 20 and 23, the certificates of the following shorthand reporters are reinstated from the suspension earlier imposed by this Court:

Name

CSR #

Effective Date of Reinstatement

Susan Griggs

943

May 11, 2020

Monique Mason

2001

May 11, 2020

Kortney Houts

1804

April 15, 2020

Dana Burkdoll

1955

April 23, 2020

DONE BY ORDER OF THE SUPREME COURT this 19th day of May, 2020.
/S/CHIEF JUSTICE